UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

   v.

TYREE SWEET,

        Defendant.
_____

24-CR-161-LJV-MJR
DECISION & ORDER

    1.    On February 5, 2025, the defendant, Tyree Sweet, pleaded guilty to Count 1 of the information charging a violation of Title 21, United States Code, Section 846 (attempted possession of pill press). Docket Item 20.

    2.    On February 5, 2025, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 22.

    3.    This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

    4.    This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 22), the plea agreement (Docket Item 20), the information (Docket Item 19), a transcript of the plea proceeding (Docket Item 23), and the applicable law. This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's February 5, 2025 Report & Recommendation, Docket Item 22, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Tyree Sweet is now adjudged guilty under Title 21, United States Code, Section 846.

SO ORDERED.

Dated:   April 14, 2025
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE